IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JULIE LYNN RICKMAN, | § | |
| Plaintiff, | § § § | |
| v. | § § | Civil Action No. 3:08-CV-1777-P |
| AKASH HOTELS INTERNATIONALS, et al., d/b/a Comfort Suites-Ennis Texas, | § § § § | |
| Defendants. | § § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge concerning the *Joint Motion to Dismiss and Brief in Support*, filed July 23, 2010 (doc. 35), are correct and they are accepted as the Findings and Conclusions of the Court.

SIGNED this 27th day of September, 2010.

JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE